UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-23716-PCH

MIAMI COALITION AGAINST BREED
SPECIFIC LEGISLATION, INC., a Florida
not for profit corporation, and BLUES FOR
VETS, INC., a Florida not for profit corporation,

            Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

            Defendant.
_____/

## DECLARATION OF SEAN S. GALLAGHER

Pursuant to 28 U.S.C. § 1746, Sean S. Gallagher declares as follows:

1. My name is Sean S. Gallagher. I am over the age of 18 and legally competent to give the attestations herein. I have personal knowledge of the matters set forth herein.

2. I am employed by Miami-Dade County (the "County") at the Miami-Dade County Animal Services Department ("Animal Services" or the "Department") as Enforcement Supervisor. I have held this position since 2011.

3. My responsibilities include supervising investigators, animal control officers, and dispatchers. Among the matters under my supervision are investigations of pit bulls and dangerous dogs and the issuance of civil violation notices for violations of the County's animal regulations, as set forth in Chapter 5 of the County Code. These investigations and code enforcement matters may involve determinations as to whether a dog is a service animal.

4. The contents of this affidavit contain information pertaining to my review of Department records under my supervision and to my direct knowledge of Department policies relating to: (1) the licensure of dogs; (2) service dogs; and (3) the exemption to Miami-Dade County's pit bull ban for service dogs.

5. Chapter 5 of the County Code requires all dogs to be registered with the Department, to wear a license tag, and to be vaccinated against rabies. In particular, Section 5-7(a) of the Miami-Dade County Code provides, "Every person owning, keeping, or harboring any dog over four (4) months of age within Miami-Dade County, Florida, or bringing any dog over four (4) months of age into this County shall, within thirty (30) days of the dog entering this County, register the dog with the Department and obtain a license tag, which the dog shall wear at all times." Section 5-6(a) provides, "All dogs . . . that are four (4) months of age or older shall be vaccinated by a licensed veterinarian against rabies with a vaccine that is licensed by the United States Department of Agriculture for use in that species." Vaccination is a prerequisite to registration, as set forth in Section 5-7(b).

6. Animal Services acknowledges and understands that disabled individuals may need service dogs to assist them with daily tasks. In fact, the County Code recognizes the importance of service dogs by expressly exempting them from licensing fees pursuant to Section 5-7(d)(6). For fiscal year 2016–2017, 93 service dogs were registered with Animal Services pursuant to the registration and licensure requirements set forth in Section 5-7.

7. It is the responsibility of the pet owner to register his or her dog and to advise Animal Services that the dog being registered is a service animal.

8. After receiving this registration information, Animal Services (or a local veterinarian as provided in Section 5-11 of the County Code) provides the owner a license tag, and the dog is listed as a service dog in the Department's database.

9. In accordance with Miami-Dade County Ordinance No. 89-22 (codified at Chapter 5, Sections 5-17–5-17.6 of the County Code), it has been illegal for residents of Miami-Dade County to acquire American Pit Bull Terriers, American Staffordshire Terriers, and Staffordshire Bull Terriers (collectively referred to as "pit bulls") since 1989.

10. In deference to the federal Americans with Disabilities Act, including its definition of "service animal" in 28 C.F.R. § 36.104, and notwithstanding that Ordinance No. 89-22 did not contain an explicit exception for service dogs, the Department's policy is to not enforce the pit bull ban against service dogs and to allow pit bulls to be registered as service dogs. Since 2007, nine pit bulls have been registered with the Department as service dogs.

11. Thus, contrary to Plaintiffs' allegations, Animal Services recognizes and permits pit bulls to be used as service dogs.

12. Although Section 5-7 requires all dogs over four months to be registered with the Department, many owners do not comply with this requirement, regardless of breed. Because of the prohibition, owners of pit bulls are particularly unlikely to attempt to register their dogs, and they are thus unlikely to proactively inform the Department if they are using a pit bull as a service animal.

13. Pit bulls generally come to the Department's attention when a member of the public submits a complaint to the Department about the existence of an illegal pit bull. The Department then commences an investigation into whether the reported dog is in fact one of the prohibited breeds set forth in Ordinance No. 89-22.

14. It is usually only after the Department investigates a complaint of an illegal pit bull and an Animal Control Officer questions the owner that the issue of the pit bull being a service dog arises.

15. In cases such as these, the Department investigates the legitimacy of the service dog assertion. If the investigation determines that the pit bull is a service dog, the owner is advised that the pit bull will be permitted to reside in the County. Thereafter, Animal Services works with the owner to ensure the owner complies with the County's licensure requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of January, 2018.

_____
Sean S. Gallagher, Enforcement Supervisor
Miami-Dade County Animal Services Department