UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-23716-PCH

MIAMI COALITION AGAINST BREED SPECIFIC LEGISLATION, INC., a Florida not for profit corporation, and BLUES FOR VETS, INC., a Florida not for profit corporation,

       Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Miami Coalition Against Breed Specific Legislation, Inc., Plaintiff Blues for Vets, Inc., and Defendant Miami-Dade County jointly stipulate to dismissal as follows:

    1.    Miami Coalition Against Breed Specific Legislation, Inc. dismisses its claims without prejudice, with each party to bear its own fees and costs.

    2.    Blues for Vets, Inc. dismisses its claims without prejudice, with each party to bear its own fees and costs.

CASE NO. 17-CV-23716-PCH

Dated: April 23, 2018

Respectfully submitted,

| | |
|---|---|
| TRIPP SCOTT, P.A.<br>110 SE 6th Street, Floor 15<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-7500<br>Facsimile: (954) 761-8475<br><br>By: /s/ Ryan H. Lehrer<br>RYAN H. LEHRER, ESQ.<br>Florida Bar No. 84423<br>eservice@trippscott.com; rhl@trippscott.com<br>sxc@trippscott.com<br><br>SETH J. DONAHOE, ESQ.<br>Florida Bar No. 1004133<br>eservice@trippscott.com<br>sjd@trippscott.com; ele@trippscott.com<br>Attorneys for Plaintiffs | ABIGAIL PRICE-WILLIAMS<br>Miami-Dade County Attorney<br>Stephen P. Clark Center<br>111 Northwest First Street, Suite 2810<br>Miami, Florida 33128-1993<br><br>By: /s/ Christopher J. Wahl<br>Christopher J. Wahl<br>Sabrina Levin<br>Dennis A. Kerbel<br>Assistant County Attorneys<br>Florida Bar Nos. 122453, 27536 & 610429<br>Telephone: (305) 375-5151<br>Facsimile:  (305) 375-5634<br>E-mail:  wahl@miamidade.gov<br>slevin@miamidade.gov<br>dkerbel@miamidade.gov<br>olga1@miamidade.gov<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I certify that on April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties of record via CM/ECF.

/s/ Ryan H. Lehrer
Ryan H. Lehrer

## SERVICE LIST

*Miami Coalition Against Breed Specific Legislation Inc. et al. v. Miami-Dade County*
Case No. 17-cv-23716-PCH

Ryan H. Lehrer
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-7500
Facsimilie: (954) 761-8475
E-mail: eservice@trippscott.com
rhl@trippscott.com
sxc@trippscott.com
*Counsel for Plaintiffs*

**Served via Notice of Electronic Filing**

Christopher J. Wahl
Sabrina Levin
Dennis A. Kerbel
Assistant County Attorneys
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5634
E-mail: wahl@miamidade.gov
      slevin@miamidade.gov
      dkerbel@miamidade.gov
      olga1@miamidade.gov
*Counsel for Defendant*

**Served via Notice of Electronic Filing**