UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-23716-PCH

MIAMI COALITION AGAINST BREED
SPECIFIC LEGISLATION INC., and BLUES
FOR VETS,

     Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

     Defendant.



## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal (D.E. # 34),

filed April 23, 2018, and indicating that the parties have stipulated to dismiss this action without

prejudice. Having considered the stipulation and being otherwise duly advised, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Plaintiff and

Defendant shall each bear its own attorney's fees and costs.

The case is CLOSED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers on May 7, 2018, in Miami, Florida.

                              Paul C. Huck
                              United States District Judge

Copies furnished to:
All counsel of record